UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:23-cv-10275-TJH (MAA)**                                Date:  **January 29, 2024**

Title  **Sammeiso Lewis v. The People of the State of California et al.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause Regarding Failure to File Notice of Interested Parties

    On December 8, 2023, the Court ordered Plaintiff Sammeiso Lewis ("Plaintiff") to file a Notice of Interested Parties by no later than January 8, 2024.  (ECF No. 4.)

    To date, Plaintiff has not filed a Notice of Interested Parties.  Plaintiff is **ORDERED TO SHOW CAUSE** by **February 28, 2024** why the Court should not sanction Plaintiff for failure to comply with a Court order.  If Plaintiff files a Notice of Interested Parties on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.  (A form Notice of Interested Parties is attached.)

    It is so ordered.

Attachment: Form CV-30 (Certification and Notice of Interested Parties)